**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS**

**CHARLES KIGER,**

        Plaintiff,

**v.**                                                         **CIVIL ACTION NO. 2:11-CV-70**
                                                               **(BAILEY)**

**TIMOTHY STEWART, et al.,**

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation of United States Magistrate Judge David J. Joel [Doc. 47]. By Standing Order, entered on March 24, 2000, this action was referred to Magistrate Judge Joel for submission of a proposed report and recommendation ("R&R"). Magistrate Judge Joel filed his R&R on March 5, 2012. In that filing, the magistrate judge recommends that this Court deny Kiger's Motion for Temporary Restraining Order/Preliminary Injunction [Doc. 22], as supplemented [Doc. 39], for failure to establish the likelihood of irreparable harm.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140,

1

150 (1985).  In addition, failure to file timely objections constitutes a waiver of *de novo* review and the petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984).  Here, objections to Magistrate Judge Joel's R&R were due by March 23, 2012.  To date, no objections have been filed.  Accordingly, this Court will review the R&R for clear error.

Upon careful review of the record, it is the opinion of this Court that the magistrate judge's Report and Recommendation **[Doc. 47]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated therein.  Accordingly, Kiger's Motion for Temporary Restraining Order/Preliminary Injunction **[Doc. 22]**, as supplemented **[Doc. 39]**, is **DENIED**.  As such, Kiger's Motion to Expedite **[Doc. 44]** is **DENIED AS MOOT**.

As a final matter, upon an independent review of the record, this Court hereby **DENIES** a certificate of appealability, finding that Kiger has failed to make "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED**: April 2, 2012.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

2